IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KEY SOURCE INTERNATIONAL,                          No. C 12-01776 WHA

     Plaintiff,

  v.                                                    **QUESTIONS FOR**
                                                     **ORAL ARGUMENT**

CEECOLOR INDUSTRIES, LLC, et al.

     Defendants.

_____/

      Counsel shall please bring evidence to the hearing sufficient to answer the following questions.

1.     What is the full and complete story with the Delaware incorporation of Key Source International, and its ultimate dissolution?  Same question for Key Source Systems.

2.     Did any past or present officers and directors or shareholders or counsel of the Oakland company have anything to do with the Delaware incorporation or with its eventual status?  Same question for Key Source Systems.

3.     When the plaintiff in the Delaware action sued, what information did it or its counsel then have about incorporation of Key Source International in California and its status?

4.     When the plaintiff in the Delaware action sued, what information did it or its counsel then have about the status of the Delaware incorporation?  Same question for Key Source Systems.

5.     Is there a Section 1404 transfer motion pending in the Delaware action?

6.     Bring all records available on-line or otherwise as to who caused Key Source International, Inc. and Key Source Systems to be formed as corporations.

Dated:  June 4, 2012.



                      WILLIAM ALSUP
                      UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California