IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEY SOURCE INTERNATIONAL, a California Corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>CEECOLOR INDUSTRIES, LLC, a Delaware Limited Liability Company; ALAN KIPUST, an individual; SITKA SPRUCE SECURITY, LLC, a Delaware Limited Liability Company, and DOES 1 – 1,100,<br><br>  Defendants.<br>                                                              / | No. C 12-01776 WHA<br><br>**ORDER REGARDING SUPPLEMENTAL BRIEF** |

Defendants filed a supplemental brief with an update on the status of the first-filed Delaware action. This Court's prior order held defendants' motion to dismiss in abeyance until Judge Richard Andrews in Delaware determined the proper venue. Now, it appears that there are pending motions to dismiss for lack of personal jurisdiction and venue transfer before Judge Andrews in Delaware. Therefore, the parties shall file a status report by November 1 or earlier if the Delaware motions are decided sooner.

**IT IS SO ORDERED.**

Dated: August 6, 2012.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE