United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KEY SOURCE INTERNATIONAL, a
California Corporation,

   Plaintiff,

 v.

CEECOLOR INDUSTRIES, LLC, a
Delaware Limited Liability Company;
ALAN KIPUST, an individual; SITKA
SPRUCE SECURITY, LLC, a Delaware
Limited Liability Company, and
DOES 1–1000,

   Defendant.

——————————————————/

No. C 12-01776 WHA

**ORDER RE MOTION
TO DISMISS**

   This declaratory patent action has had a strange procedural history.  In April 2012,

plaintiff filed this action for declaratory relief of invalidity and non-infringement.  Defendants

moved to dismiss on the grounds that (1) this Court lacks personal jurisdiction over Ceecolor

Industries, LLC and (2) there is no case or controversy involving defendants Alan Kipust and

Sitka Spruce Security, LLC.  Defendants also moved to transfer this action to the District of

Delaware, where Ceecolor had already filed an infringement action alleging that plaintiff

infringed at least one of the patents at issue here.  Plaintiff opposed on grounds that it was not

properly named and served in the Delaware action.

United States District Court

For the Northern District of California

1    Defendants' motion was held in abeyance until Delaware District Judge Richard

2  Andrews determined whether the first-filed action in Delaware was properly prosecuted and

3  served, and whether our plaintiff here was a proper defendant there (Dkt. No. 49).  Recently, the

4  District Court of Delaware dismissed CeeColor Industries LLC's infringement action against our

5  plaintiff for lack of personal jurisdiction.  This resolves the issue of transfer.  Because the issues

6  of transfer and dismissal were intertwined in the parties' prior briefs, a fresh round of briefing on

7  the motion to dismiss will be useful.  Therefore, defendants must bring a fresh motion to dismiss

8  by October 17, to be noticed for hearing on the normal 35-day calendar.

9

10       **IT IS SO ORDERED.**

11

12  Dated:   October 3, 2012.                                    _____

13                                                                              WILLIAM ALSUP
                                                                                  UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2