IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KEY SOURCE INTERNATIONAL,

    Plaintiff,

v.

CEECOLOR INDUSTRIES, LLC, ALAN KIPUST, SITKA SPRUCE SECURITY, LLC, and DOES 1 through 1000,

    Defendants.

No. C 12-01776 WHA

**JUDGMENT**

For the reasons stated in the accompanying order dismissing this action, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendants and against plaintiff. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: November 29, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE