United States District Court
For the Northern District of California

1
2
3
4
5
6

IN THE UNITED STATES DISTRICT COURT

7

FOR THE NORTHERN DISTRICT OF CALIFORNIA

8
9

10   KEY SOURCE INTERNATIONAL,

11          Plaintiff,                                      No. C 12-01776 WHA

12     v.

13   CEECOLOR INDUSTRIES, LLC, ALAN          **JUDGMENT**
     KIPUST, SITKA SPRUCE SECURITY, LLC,
14   and DOES 1 through 1000,

15          Defendants.
                                              /
16

17          For the reasons stated in the accompanying order dismissing this action, **FINAL**

18   **JUDGMENT IS HEREBY ENTERED** in favor of defendants and against plaintiff.  The Clerk

19   **SHALL CLOSE THE FILE**.

20

21          **IT IS SO ORDERED.**

22

23   Dated:  November 29, 2012.

24                                              WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE
25
26
27
28