IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KEY SOURCE INTERNATIONAL,

    Plaintiff,

v.

CEECOLOR INDUSTRIES, LLC, ALAN KIPUST, SITKA SPRUCE SECURITY, LLC, and DOES 1 through 1000,

    Defendants.

No. C 12-01776 WHA

**ORDER DENYING PLAINTIFF'S POST-HEARING REQUEST FOR JUDICIAL NOTICE**

Plaintiff's request for judicial notice is too late. The Court had already made its ruling and thus the request for judicial notice is disregarded as **MOOT**.

**IT IS SO ORDERED.**

Dated: November 30, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE